IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DEXTER JEROME CAMPBELL** **PETITIONER**

**v.** **No. 1:14CV138-SA-DAS**

**WARDEN JERRY BUSCHER** **RESPONDENT**

**ORDER DENYING PLAINTIFF'S MOTION [17]
FOR RECONSIDERATION**

This matter comes before the court on the plaintiff's motion for reconsideration of the court's order [16] denying his motion to hold the proceedings in abeyance until he can exhaust state remedies. Interlocutory orders are subject to the complete power of the court rendering them to afford such relief from them as justice requires. 7 Moore's Federal Practice ¶ 60.20 at 60–170 (2d ed. 1985). In this instance, the case is proceeding, and the court cannot determine whether holding it in abeyance is proper. As such, the plaintiff's request for reconsideration is **DENIED**.

**SO ORDERED**, this, the 4th day of February, 2015.

                                                  /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**